

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 3 2005 ★

**U.S. Department of Justice**

United States Attorney
Eastern District of New York  ☆ Nov 4 2005 ☆

BJR
F. #2005R01159  P.M. _____
TIME A.M. _____

One Pierrepont Plaza
Brooklyn, New York 11201

BROOKLYN OFFICE

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

Application granted

October 4, 2005

10/6/05  So Ordered  s/Carol B. Amon

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**COURTESY COPY**

Sentencing adjourned to Dec. 16, 2005 at 11:00.

Re: United States v. Souhail Ennasser
Criminal Docket No. 05-534 (CBA)

Dear Judge Amon:

The government respectfully requests an adjournment of the sentencing scheduled for October 7, 2005 in the above-captioned matter. The adjournment is requested because neither defense counsel nor I have been provided with a copy of the Presentence Report.

I have spoken with the defendant's counsel, Lewis Reiss, Esq., and he agrees that the sentencing cannot go forward without a Presentence Report and joins in the request for an adjournment.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Bryan J. Rose
Assistant U.S. Attorney
(718) 254-6191

cc: Lewis Reiss, Esq. (by facsimile)